BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7321
    lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER C. CHANG, <br><br> Defendant. | No. 17-71312 <br><br> STIPULATED ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d) AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties appeared before the Court on September 27, 2017, for identification of counsel. At the hearing the Court set a preliminary hearing and status conference for October 26, 2017, at 1:30 p.m., before the duty magistrate, 280 South 1st Street, in San Jose, California.

For the reasons stated on the record at the hearing, and with the consent of the defendant and stipulation of counsel for the defendant and the United States, the Court extends time under Rule 5.1(c) of the Federal Rules of Criminal Procedure for a preliminary hearing on the Complaint until October 26, 2017. The Court also extends time for filing an information or indictment under the Speedy Trial Act, 18 U.S.C. § 3161(b), excluding time between September 27, 2017 and October 26, 2017.

The Court finds good cause to extend time, pursuant to Rule 5.1(d), based on the time necessary for the defendant's counsel to consult with the defendant, to effectively prepare for the proceedings in this case, and to confer with the government regarding discovery and further proceedings.

The Court also finds that time should be excluded under the Speedy Trial Act to permit counsel for the defendant reasonable time necessary for effective preparation, and to permit time for counsel to conduct an investigation and consult with the defendant. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED: September 28, 2017

HONORABLE HOWARD R. LLOYD
U.S. Magistrate Judge

STIPULATED AND AGREED:

BRIAN J. STRETCH
United States Attorney

/s/
LLOYD FARNHAM
Assistant United States Attorney

/s/
DAVID R. CALLAWAY
Attorney for Defendant PETER C. CHANG

STIPULATED ORDER EXTENDING TIME
UNDER RULE 5.1(d)          2